```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03941
    TONIE RENEE PAYNE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1892


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/08/2006 and was confirmed 06/29/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 09/27/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC   SECURED              18968.11     2053.27       18968.11
GENERAL MOTORS ACCEPTANC   UNSEC W/INTER NOT FILED              .00            .00
HOMEQ SERVICING CORP       CURRENT MORTG           .00          .00            .00
JB ROBINSONS               SECURED                200.00       17.45         200.00
JB ROBINSONS               UNSEC W/INTER NOT FILED              .00            .00
ADT SECURITY SERVICES      UNSEC W/INTER NOT FILED              .00            .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER    2242.92           222.22        2242.92
CAPITAL ONE                UNSEC W/INTER    1508.50           149.38        1508.50
CAPITAL ONE                UNSEC W/INTER    1437.07           142.33        1437.07
CITY OF CHICAGO PARKING    UNSEC W/INTER     400.00            39.70         400.00
DIRECT MERCHANTS BANK      UNSEC W/INTER NOT FILED              .00            .00
GC SERVICES                NOTICE ONLY   NOT FILED              .00            .00
GMAC                       UNSEC W/INTER NOT FILED              .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER   11270.39          1116.53       11270.39
HOME DEPOT                 UNSEC W/INTER NOT FILED              .00            .00
NEXTEL COMMUNICATIONS      UNSEC W/INTER NOT FILED              .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    2371.72           235.02        2371.72
UNITED STUDENT AID FUNDS   UNSEC W/INTER     903.94           116.39         903.94
SPIEGEL                    UNSEC W/INTER NOT FILED              .00            .00
WELLS FARGO FINANCIAL IL   UNSEC W/INTER     284.12            30.88         284.12
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     814.41            80.69         814.41
GENERAL MOTORS ACCEPTANC   UNSEC W/INTER   16980.86          1682.18       16980.86
HOMEQ SERVICING CORP       SECURED NOT I    1145.32             .00            .00
JAMES PHILBRICK            COST OF COLLE     500.00             .00          500.00
WORLD FINANCIAL NETWORK    UNSEC W/INTER     220.31            17.69         220.31
SELECT LEGAL PC            DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                        4,392.77
DEBTOR REFUND              REFUND                                         4,316.72

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS

            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 06 B 03941 TONIE RENEE PAYNE
```

```
-------------------------------------------------------------------------------
TRUSTEE                                 72,715.57

PRIORITY                                                            .00
SECURED                                                       19,668.11
    INTEREST                                                   2,070.72
UNSECURED                                                     38,434.24
    INTEREST                                                   3,833.01
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                           4,392.77
DEBTOR REFUND                                                  4,316.72
                                        ---------------   ---------------
TOTALS                                  72,715.57             72,715.57
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 01/14/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 06 B 03941 TONIE RENEE PAYNE